IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LORETHA ANN NELSON,** | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. 13-00294-B |
| | * | |
| vs. | * | |
| | * | |
| **CAROLYN W. COLVIN,** | * | |
| **Commissioner of Social Security,** | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED**.

**DONE** this **31st** day of **July, 2014**.

/s/ SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE